UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| FREDRICK O. BLACK, | ) |
| *Petitioner*, | ) |
| | ) Nos.: 3:94-cr-117 |
| v. | ) 3:14-cv-395 |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| *Respondent*. | ) |

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the petition for writ of error coram nobis is **DENIED** and this action is **DISMISSED**. All other pending motions are **DENIED** as **MOOT**. Should the petitioner give timely notice of an appeal from this decision, such notice will be treated as an application for a certificate of appealability, which under the circumstances is **DENIED**. The Court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous. Therefore, this Court hereby **DENIES** the petitioner leave to proceed *in forma pauperis* on appeal.

**E N T E R :**

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
s/ Debra C. Poplin
CLERK OF COURT